U.S. DISTRICT AND BANKRUPTCY COURTS
District of Idaho

Clerk of Court, Stephen W. Kenyon
550 West Fort St.
Boise, ID 83724
Phone (208) 334-1361

**NOTICE OF RETURN OF BOND**

Date:   11/13/19

To:     Lee Radford
        Parsons Behle & Latimer
        350 Memorial Dr. Suite 300
        Idaho Falls, ID   83402

Re:     Case Name:          United States v. FMC Corporation v. Shoshone Bannock Tribes
        Case Number:        CV 98-406-E-BLW

        On 5/15/06 counsel for defendant FMC Corporation, Lee Radford, filed an Appeal Bond in
the above referenced case, Dkt 113.   On 8/21/08 a Mandate was issued by the U.S. Court of
Appeals for the Ninth Circuit, Dkt. 128.

        The Appeal Bond filed with the Clerk's Office in the District of Idaho 5/15/06 can be
returned to the filing party.

        You are hereby notified that you have 30 days from the date of this notice to pick up the
bond at the Clerk's Office or the bond will be destroyed.

Description of bond:

        **1)**     Appeal Bond No. 64S104737335BCM

Wendy Messuri
Courtroom Services Supervisor
208-334-9327